928

**GLS CAPITAL, INC., Assignee of the County of Allegheny, Appellee,**

v.

**Theodore J. PETTLER, as Executor of the Estate of Hilda Talenfeld, and as Trustee for the H.F. Talenfeld Trust, Appellant.**

Supreme Court of Pennsylvania.

Argued March 5, 2002.

Decided May 31, 2002.

### *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of May, 2002, the order of the Commonwealth Court is affirmed.